FILED
United States Court of Appeals
Tenth Circuit

April 13, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

DENNIS LEON SMITH and BRUCE
CLYDE SMITH,

        Plaintiffs-Appellants,

    v.

MICHAEL W. ROACH, United States
Marshal,

        Defendant-Appellee.

No. 10-6000

(W.D. of Okla.)

(D.C. No. CV-5:09-01085-HE)

---

**ORDER AND JUDGMENT**[*]

---

Before **HARTZ, ANDERSON**, and **TYMKOVICH**, Circuit Judges.[**]

---

Dennis Leon Smith and Bruce Clyde Smith appeal the Order dismissing

their case from district court. We have jurisdiction under 28 U.S.C. § 1291. After

reviewing Appellants' filings in this case, including the record on appeal, and the

---

[*] This order and judgment is not binding precedent except under the
doctrines of law of the case, res judicata and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th
Cir. R. 32.1.

[**] After examining the briefs and the appellate record, this three-judge
panel has determined unanimously that oral argument would not be of material
assistance in the determination of this appeal. *See* Fed. R. App. P. 34(a); 10th
Cir. R. 34.1(G). The cause is therefore ordered submitted without oral argument.

district court's Order dismissing the Smiths' case with prejudice, we DISMISS this appeal.

We also DENY both Appellants' Motions for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, and remind Appellants to contact the clerk of the district court to arrange payment plans for their filing fee. Further, we DENY Appellants' request to forward the 248-page Record on Appeal.

Entered for the Court

Timothy M. Tymkovich
Circuit Judge